Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00766-CV

Elsa Chavana **GUAJARDO** and R. Stephen McNally,
Appellants

v.

Ricardo **CHAVANA**, III,
Appellee

v.

Gloria Chavana Garcia,
Intervenor

From the County Court At Law No. 1, Webb County, Texas
Trial Court No. 10,089
Honorable Alvino (Ben) Morales, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:  May 4, 2011

VACATED AND REMANDED

The parties have filed an agreed motion requesting that we set aside the trial court's

judgment without consideration of the merits, and remand the case to the trial court for rendition

of judgment in accordance with the settlement agreement reached by the parties which resolves

all issues among them involved in this appeal.  The motion is granted.  Without consideration of

the merits, we vacate the trial court's judgment and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement. TEX. R. APP. P. 42.1(a)(2)(B); *Caballero v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.). Costs of appeal are taxed against the party incurring same.

PER CURIAM